

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

WK
F.#2008R01798

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

November 4, 2011

**BY ECF & INTEROFFICE MAIL**

The Honorable Dora L. Irizarry
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

         Re:  United States v. Joseph Talamini
              Criminal Docket No. 10-289 (S-1)(DLI)

Dear Judge Irizarry:

         The government respectfully submits this letter to
request that sentencing in this matter, now set for Friday,
November 18, 2011 at 11:00 a.m., be adjourned to Thursday,
December 15, 2011 at 11:00 a.m.  The government requests this
additional time in order to obtain mortgage loss information that
has not yet been made available to this Office or to United
States Probation.  Such information will allow the government to
recommend, and the Court to determine, the most appropriate
sentence for the defendant.  This is the first request that the
government has made for an adjournment of sentencing.  I have
spoken with Senior United States Probation Officer Michael Dorra,
who has no objection to this request; similarly, the defendant,
through his attorney Louis Gelormino, Esq., does not object to
the government's request.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney

                    By:  _____/s/_____
                              Whitman G.S. Knapp
                              Assistant U.S. Attorney
                              (718) 254-6107

c.c.:  Mario Gallucci, Esq.
       Louis Gelormino, Esq.
       Michael Dorra, Senior U.S. Probation Officer
       Clerk of the Court (DLI)