ROBERT J. HELBOCK, JR. *††
JOSEPH A. NAPPA
MARIO F. GALLUCCI *††

Louis M. Gelormino †

* Admitted in NJ
† Admitted to Federal Court in NY
†† Admitted to Federal Court in NY & NJ



HELBOCK, NAPPA & GALLUCCI, LLP
——— ATTORNEYS AT LAW ———

Of Counsel:

Matthew J. Santamauro
Selika Josiah

December 21, 2011

<u>VIA ECF and MAIL</u>

The Honorable Dora L. Irizarry
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

          Re:    United States v. Joseph Talamini
                Docket Number 10-CR-289(S-1)-01

Dear Judge Irizarry:

    On behalf of defendant, Joseph Talamini, we had previously submitted an objection to the Presentence Report (PSR) as to how under 2b1.1(b)(1)(I) the loss of $1,414,586.70 was calculated. On Friday, December 16, 2011, the Government submitted to us an updated loss amount. The Government now calculates the loss to be $684,936.58, which would drop the Guideline adjustment two points, from +18 to +16.

    We now do not have any objection to the Government's new loss calculation and would like to thank Assistant United States Attorney Whitman Knapp for his diligence in obtaining the information from the banks which was used in adjusting the figure.

                                    Very truly yours,

                                    LOUIS M. GELORMINO, ESQ.
                                    *Attorney for Joseph Talamini*

LMG/mb
cc:    Mr. Michael Dorra, Senior U.S. Probation Officer - Via Mail
        Whitman Knapp, AUSA - Via ECF