ROBERT J. HELBOCK, JR. *††
JOSEPH A. NAPPA
MARIO F. GALLUCCI *††

Louis M. Gelormino †

* Admitted in NJ
† Admitted to Federal Court in NY
†† Admitted to Federal Court in NY & NJ



HELBOCK, NAPPA & GALLUCCI, LLP
— ATTORNEYS AT LAW —

Of Counsel:

Matthew J. Santamauro
Selika Josiah

January 9, 2012

VIA ECF and MAIL

The Honorable Dora L. Irizarry
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: United States v. Joseph Talamini
         Docket Number 10-CR-289(S-1)-01

Dear Judge Irizarry:

  I have read the addendum submitted by the Probation Department to the PSR of Joseph Talamini. The Probation Department concurs with the Government analysis as to the loss amount of $684,936.58. In a previous submission dated December 19, 2011, I had calculated the new Guideline Adjustment to be a + 16, however after further review it appears that based on a loss calculation of $684,936.58 the new Guideline Adjustment should be a +14 which is what the addendum states.

  On behalf of Mr. Talamini, we do not have any objection to the addendum and new Guideline Adjustment of +14.

              Very truly yours,

              LOUIS M. GELORMINO, ESQ.
              *Attorney for Joseph Talamini*

LMG/mb
cc: Mr. Michael Dorra, Senior U.S. Probation Officer  - Via Mail
   Whitman Knapp, AUSA  - Via ECF

2550 Victory Blvd. • Suite 306 • Staten Island, NY 10314 • Phone: (718) 273-9000 • Fax: (718) 816-0718 • www.HNGLAW.com